**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1466**

---

TODD MCELROY,

Plaintiff - Appellant,

v.

CITY OF CAYCE DEPT. PUBLIC SAFETY,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:23-cv-04722-MGL)

---

Submitted:  September 19, 2024                     Decided:  September 23, 2024

---

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Todd McElroy, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd McElroy appeals the district court's order accepting the magistrate judge's recommendation and dismissing under 28 U.S.C. § 1915(e)(2)(B) McElroy's amended complaint alleging disability discrimination in violation of the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101-12213.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *McElroy v. City of Cayce Dep't Pub. Safety*, No. 3:23-cv-04722-MGL (D.S.C. May 8, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*